

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Glen D. Aaron, II,

* From the 118th District Court
of Glasscock County,
Trial Court No. DC-1988-CV.

No. 11-23-00252-CV

* June 6, 2024

Phillip Monigold, Eddy Layne Dubree,
and Joseph Naia,

* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed. Glen D. Aaron, IV's motion to dismiss this appeal is dismissed as moot. The costs incurred by reason of this appeal are taxed against the party incurring same.